## CASE ANNOUNCEMENTS

*April 4, 2008*

[Cite as *04/04/2008 Case Announcements*, 2008-Ohio-1634.]

## MOTION AND PROCEDURAL RULINGS

**2007–1054.  Newman v. Levin.**
Board of Tax Appeals, Nos. 2002–M–170, 2002–M–171, and 2002–M–172. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant/cross-appellee's motion to strike pages 1–15, 19 and 20 of the fourth merit brief,

It is ordered by the court that the motion is granted to the extent that Section II of the fourth brief dealing with jurisdictional issues is stricken, and the remainder of the motion to strike is denied.

**2008–0470.  State v. Anzures.**
Delaware App. No. 06CAA070047, 2007-Ohio-4817. This cause is pending before the court on a motion for leave to file a delayed appeal. On March 28, 2008, appellee filed a memorandum in response to jurisdiction. However, the court has not yet granted leave to proceed with the delayed appeal. Accordingly,

It is ordered by the court, sua sponte, that the memorandum in response is stricken.

**2008–0621.  In re M.T.**
Cuyahoga App. Nos. 90249 and 90250, 2008-Ohio-456. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon review of the appeal it appears that the case involves the termination of parental rights/adoption. Accordingly,

It is ordered by the court, sua sponte, that this case shall proceed according to the Rules of Practice of the Supreme Court of Ohio that pertain to the termination of parental rights or adoption of a minor child. Appellee's memorandum in response shall be filed no later than 20 days from the date of this entry.

## MISCELLANEOUS DISMISSALS

**2008–0506.  State ex rel. Tolliver v. Bender.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.